JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEYNER JOSE MORALES,<br><br>        Petitioner,<br><br>     v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, et al,<br><br>        Respondents. | Case No.  5:26-cv-01404-DOC-MAR<br><br><br>**JUDGMENT** |

Pursuant to the Presented By Order Granting the Petition, IT IS HEREBY ADJUDGED that the case is GRANTED without prejudice.

Dated: May 28, 2026



HON. DAVID O. CARTER
United States District Judge